UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 3:99-CR-0256 |
| v. | : | (JUDGE MANNION) |
| RICHARD ALLEN WOLFE | : | |
| Defendant | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Wolfe's 28 U.S.C. §2255 motion to vacate, set aside or correct sentence, (Doc. 86), is **DISMISSED AS UNTIMELY.**[1]

2. Defendant Wolfe's request for issuance of a certificate of appealability is **GRANTED** on the issue of whether a new right exists to challenge the mandatory Guidelines under the Due Process Clause so as to make Wolfe's motion timely under §2255(f)(3).

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: March 26, 2018

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\1999 CRIMINAL MEMORANDA\99-0256-03-Order.wpd

---

[1] Wolfe's §2255 motion is dismissed without prejudice as the court specified in its Memorandum.